APPEAL NO. 04-13-00530-CR
IN THE
4TH Court of APPEALS
AT SAN ANTONIO      ,TEXAS

OSCAR David PARdo
APPellant
V.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 05 2015

Abel Acosta, Clerk

State OF TEXAS
APPellee

APPEAL OF CAUSE NUMBER 2011-CR-5260 FROM The 379

JUDICIAL District Court oF BEXAR      County

MOTION FOR EXTENSION OF TIME to
File APPelants PRO SE BRIEF OR RESPONSE BRIEF

To THE HONORABLE JUSTICES OF The
Court of APPEAls :

Comes Now Oscar David PARdo, APPellant pro se,
And RESPectfull moves the Court to Extend the
deadline for filing his brief (OR RESPONSE) By
Sixty Days. In Support, APPellant would show the
following :

## I.

On July 19th 2013, the jury (Judge) found Appellant guilty of Injury to A Child = Serious bodily Injury. The jury (Judge) assessed punishment at 40 Years imprisonment in the Texas Department of Criminal Justice.

## II.

On August 10th 2014, Appellant Recieved notice by mail that his appeal Attorney filed AN Pro Se Brief on his behalf and notice that Appellants Pro Se Brief Had Been filed.

## III.

On April 20th 2015, the Appellant Record was first made Available to Appellant. The deadline for Filing Appellants brief or Response is May 20th 2015.

## IV.

This is Appellants first Request for extension. Appellant is unable to meet the deadline for the following Reasons: limited Knowledge of legal law, Time to Recieve Court Appointed counsel, limited law library Access to A few Hours Per Day.

## V

For The Reasons stated Above, Appellant Respectfully Requests An Additional Sixty Days to complete the Pro Se Brief or Response in Support of Appellants appeal.

## VI.

APPELLANT PRAys that the court grant this motion And extend the Time to file APPELLANTS PRO SE OR RESPONSE By Sixty Days, Extending the dead line to JUNE 20th 2015.

RESpectfully Submitted
OSCAR DAVid PARdo

_Osc Pardo_

APPELLANTS PRO SE

Address
GARZA EAST C1-04
TDCJ# 1875636
4304 Highway 202
BEEVILLE TEXAS 78102

# CERTIFICATE OF SERVICE

I hereby certify that on APRIL 29th _____, 20 15 , A TRUE AND CORRECT copy of APPELLANTS motion FOR EXTENSION to file his BRIEF OR RESPONSE WAS mailed to the Attorney for the State By U.S. FIRST Class mail Addressed to A.D.A. PAUL ElizonDo TOWER _____, AT 101 W. NUEVA, 5th FLOOR, SAN ANTONIO TEXAS 78205

_____
APPELLANTS PRO SE


I OSCAR DAVID PARDO _____, TDCJ # 1875636 _____, BEING PRESENTLY incarcerated in the, GARZA EAST Unit of the Texas Department of Criminal Justice - Institutional Division in BEE, BEEVILLE _____ County, TEXAS, VERIFY FIND declare under PENALTY of PERJURY that the foregoing statements ARE TRUE And correct. Executed ON this 29th day of APRIL _____, 20 15

PRINT NAME OSCAR DAVID PARDO _____

PRO SE _____

OSCAR DAVID PARDO
GARZA EAST                          TDCJ # 1875636 _____
4304 Hwy 202
BEEVILLE TX 78102

Date 4-29-2015

Keith HOTTIE                , CLERK
Fourth Supreme Judicial District
San Antonio TEXAS

Dear Clerk

Enclosed Please find my Pro Se Defendant's
motion for Extension of Time to File Petition for
Appellants Pro Se or Response Brief.

Please stamp-date this letter and Return
it to me at my Address shown below.

I Also Request that you notify me of the
Court's Ruling on my motion.

Sincerly

DEFENDANT PRO SE

OSCAR David Pardo
Garza East C1-4
4304 Hwy 202
Beeville Texas 78102